UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

ARDAMAN & ASSOCIATES, INC.,

    Plaintiff,

vs.                                          CASE NO.: 3:08cv144/MCR/MD

TRAVELERS CASUALTY AND SURETY
COMPANY OF AMERICA, et al.,

    Defendants.
    _____/

**O R D E R**

    This is an action for breach of contract that originated in the Circuit Court in and for Escambia County, Florida, and was removed to this court on April 9, 2008.  Thereafter, on April 24, 2008, Defendants Tidewater Skanska/Flatiron Constructors, a joint venture; Skanska USA Civil Southeast, Inc., f/k/a Tidewater Skanska, Inc.; and Flatiron Constructors, Inc. (Collectively "TSFC"), and Defendants Travelers Casualty and Surety Company of America, Fidelity and deposit Company of Maryland, Federal Insurance Company, Liberty Mutual Insurance Company, and The Insurance Company of the State of Pennsylvania (collectively the "Sureties"), filed their motion to dismiss Counts I through X of the Complaint.  (Doc. 8).  TSFC also moved for a more definite statement as to Counts XIII and XIV.  On April 25, 2008, Defendant, PB Americas, Inc., f/k/a Parsons, Brinckerhoff, Quade & Douglas, Inc. (PB) filed its motion to dismiss Count XI of the Complaint or, in the alternative, moved for a more definite statement.  (Doc. 16).  Although the court has not issued an Initial Scheduling Order, the parties have conferred pursuant to Red.R.Civ.P. 26(f) and submitted their Joint Scheduling Report.  (Doc. 35).  The parties indicate they have agreed to voluntary mediation on August 13, 2008, and set forth their

proposed discovery plan with a discovery completion date of May 1, 2009.  The court encourages the parties to proceed with any settlement discussion and the voluntary mediation as scheduled; however, the court will stay discovery in this case until the court has issued its ruling on the pending motions to dismiss.  Following that ruling, the court will issue an Initial Scheduling Order as appropriate.

Accordingly, it is ORDERED that all discovery in this case is STAYED until further order of the court.

SO ORDERED this 23rd day of July, 2008.


*s/ M. Casey Rodgers*
**M. CASEY RODGERS**
**UNITED STATES DISTRICT JUDGE**

Case No.: 3:08cv144/MCR/MD